**United States District Court**
**Violation Notice**

USPO

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 0867402 | CHRISTENSEN | 390 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 06/29/2015 1520 HRS | 39 3 232.1(1) |

Place of Offense USPS PROCESSING PLANT - DULLES
44715 PRENTICE DR. DULLES VA 20101

Offense Description
POSSESSION OF FIREARM ON
U.S. POSTAL SERVICE PROPERTY

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| HORROCKS | WILLIAM | D. |

Tag No. 7HU338 State WV Year 95 Make/Model NISSAN/PKUP Color GRN

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

| | $ | Forfeiture Amount |
|---|---|---|
| | | + $25 Processing Fee |
| PAY THIS AMOUNT → | $ | Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address US DISTRICT COURT
401 COURTHOUSE SQUARE
ALEXANDRIA, VA 22314

Date (mm/dd/yyyy) 01/14/2016
Time (hh:mm) 0900 HRS.

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2009)   Original - CVB Copy

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on JUNE 29, 20 15 while exercising my duties as a law enforcement officer in the EASTERN District of VIRGINIA

(SEE ATTACHED)

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/29/2015 #390
Date (mm/dd/yyyy) Officer's Signature
R.L. CHRISTENSEN

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB SCAN NOV 27, 2015 13:18
CVB SCAN NOV 27, 2015 13:18